UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRYAN BOIGRIS,

    Plaintiff/Counter-Defendant,

v.                                  **CASE NO.: 19-CV-21148-SCOLA**

EWC P&T, LLC,

    Defendant/Counter-Plaintiff.
_____/

# MEDIATOR'S REPORT

    The undersigned mediator reports that on December 15, 2019, a mediation was held. All required parties were present.

    The mediation ended in an impasse.

Dated: January 2, 2020                  Respectfully submitted,

                                             /s/ Harry R. Schafer
                                             Harry R. Schafer
                                             Florida Bar No. 508667
                                             Email: harryrschafer@gmail.com
                                             ESQUIBEL COMMUNICATIONS CO.
                                             2775 NW 49th Ave.
                                             Unit 205 # 413
                                             Ocala, FL 34482
                                             Telephone: (305) 439-4285

                                             *Mediator*

## CERTIFICATE OF SERVICE

**I hereby certify** that on the 2nd day of January, 2020, I furnished this Mediator's Report to counsel for the parties for their electronic filing of the foregoing with the Clerk of the Court.

/s/ Harry R. Schafer
Harry R. Schafer