**EXHIBIT 3**

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                      Case No. 19-21148-CIV-RNS

BRYAN BOIGRIS,                      )
                                    )
     PLAINTIFF,                     )
                                    )
     -v-                            )
                                    )
EWC P&T, LLC,                       )
                                    )
     DEFENDANT.                     )   Miami, Florida
                                    )   October 11, 2019
_____)


           TRANSCRIPT OF DISCOVERY HEARING PROCEEDINGS

              BEFORE THE HONORABLE EDWIN G. TORRES

                 UNITED STATES MAGISTRATE JUDGE


Appearances:

(On Page 2.)



Reporter                      Stephen W. Franklin, RMR, CRR, CPE
(561) 514-3768                Official Court Reporter
                              701 Clematis Street
                              West Palm Beach, Florida 33401
                              E-mail:  SFranklinUSDC@aol.com
```

```
 1  Appearances:

 2  FOR THE PLAINTIFF:            Patrick G. Dempsey, ESQ.
                                  Hirzel, Dreyfuss and Dempsey
 3                                Brickell Bay Club
                                  Suite A-1
 4                                2333 Brickell Avenue
                                  Miami, FL 33129
 5
     FOR THE DEFENDANT            Jonathan R. Woodard, ESQ.
 6                                Malloy & Malloy, PL
                                  2800 Southwest 3rd Avenue
 7                                Miami, FL 33129

 8                              * * * * *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE LAW CLERK:  For discovery?
 2              THE COURT:  Yeah.
 3              MR. WOODARD:  It is, uh --
 4              THE LAW CLERK:  November 20th.
 5              MR. WOODARD:  November 20th, I'm sorry.
 6              THE COURT:  Okay.  November 20th.
 7              So today's the 11th.  So I have the drop dead date
 8    will then be October 25th.  Anything not produced by that
 9    point -- and so on the 25th, you need to produce all the
10    documents that you have that I'm compelling, as well as
11    amended responses, so that he has direct representation that,
12    in fact, there were none.
13              If that's the case, then he needs that
14    representation to be able to rely on that. that.
15              So the 25th will have to be the drop dead deadline,
16    since the discovery period closes in November.  And then --
17    and then you'll just have to be stuck with the result,
18    whatever that is.
19              MR. DEMPSEY:  Yes, Your Honor.
20              THE COURT:  So everything is compelled, each request
21    other than four, which I'm sustaining.  And number seven and
22    eight I may have sustained, but there was really no objection.
23    You're agreeing to do it, because I understand that helps your
24    case.
25              MR. DEMPSEY:  Yes, Your Honor.
```

```
 1               THE COURT:  So, fine, then you need to produce them,
 2   and -- by the 20th.  Anything not produced by the 25th cannot
 3   be used at trial.  Okay?  Or for summary judgment.
 4               So if you can give me a proposed ord -- did you
 5   already send me a proposed order?
 6               MR. WOODARD:  I did, Your Honor.
 7               But just to -- just if the drop dead's October 25th,
 8   I just want to make sure that doesn't foreclose us getting
 9   whatever documents that they give us, and then sending a
10   supplemental discovery request, and then them saying, oh,
11   well, it's too late, because the response deadline is after
12   the discovery cutoff, and then we can't move to compel on that
13   second request for production, something like that.  I just
14   want to make sure that we wouldn't be foreclosed on that.
15   That's why we wanted the drop dead --
16               THE COURT:  Your cutoff is the 20' --
17               MR. WOODARD:  November 20th.
18               THE COURT:  Twentieth.
19               MR. WOODARD:  So the drop --
20               THE COURT:  If you want to move to modify that
21   deadline, that's fine with me.
22               MR. WOODARD:  Well, that's why we're trying to get
23   away from that, because Judge -- we have to take that up with
24   Judge Scola.
25               THE COURT:  Right.
```