# EXHIBIT 5

BRYAN BOIGRIS AUGUST 15, 2017

Page 1

Bryan Boigris August 15, 2017

1     IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
       BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

2

3

4              OPPOSITION NO.  91231985

5

EWC P&T, LLC,

6

             Opposer,

7

vs.

8

BRYAN BOIGRIS,

9

             Defendant.

10

11  _____/

12

13            2800 Southwest Third Avenue
            Miami, Florida

14            Tuesday, August 15, 2017
            10:29 a.m. to 3:14 p.m.

15

16

17      VIDEOTAPED DEPOSITION OF BRYAN BOIGRIS

18

19     Taken before Marlene Gutierrez, Notary

20  Public, State of Florida at Large, pursuant to Notice of

21  Taking Deposition filed in the above cause.
              - - - - - -

22

23

24

25

BRYAN BOIGRIS AUGUST 15, 2017

Page 2

```
 1    APPEARANCES
 2          OLIVER ALAN RUIZ, ESQ.
            JONATHAN WOODARD, ESQ.
 3          Malloy & Malloy, P.L.
            2800 Southwest Third Avenue
 4          Miami, Florida 33129
            Oruiz@malloylaw.com
 5          On behalf of the Opposer.
 6          PATRICK G. DEMPSEY, ESQ.
            Hirzel, Dreyfuss & Dempsey, PLLC
 7          2333 Brickell Avenue
            Suite A-1
 8          Miami, Floida 33129
            Dempsey@hddlawfirm.com
 9          On behalf of the Applicant.
10          ALSO PRESENT:
11          CHRISTIAN HERNANDEZ, Videographer.
                          - - - - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

BRYAN BOIGRIS AUGUST 15, 2017

Page 133

1   the subject of this proceeding, had you had any

2   communications with any marketing agencies or

3   advertisers with respect to these types of products?

4        A    No, I did not.

5        Q    Prior to filing the applications that are the

6   subject of the proceeding, did you have any

7   communications with -- regarding possible financing for

8   this business?

9        A    No, I did not.

10        Q    Prior to filing these applications that are the

11   subject of this proceeding, had you had any

12   communications with any graphic designers about logos or

13   anything else related to these products?

14        A    I did not have an opportunity.

15        Q    Okay.  Prior to filing the applications that

16   are the subject of this proceeding, had you inquired or

17   looked into the regulations that control or may control

18   cosmetics?

19             MR. DEMPSEY:  Object to form.

20             THE WITNESS:  I don't recall.

21   BY MR. RUIZ:

22        Q    Prior to April 29, 2016, you had never sold

23   cosmetic products; correct?

24        A    I don't recall.

25        Q    Prior to April 29, 2016 -- and maybe the