**EXHIBIT 6**

Page 1

Bryan Boigris August 15, 2017

1    IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
     BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD
2
3
4              OPPOSITION NO. 91231985
5
     EWC P&T, LLC,
6
                Opposer,
7
     vs.
8
     BRYAN BOIGRIS,
9
                Defendant.
10
     _____/
11
12
13                          2800 Southwest Third Avenue
                            Miami, Florida
14                          Tuesday, August 15, 2017
                            10:29 a.m. to 3:14 p.m.
15
16
17        VIDEOTAPED DEPOSITION OF BRYAN BOIGRIS
18
19      Taken before Marlene Gutierrez, Notary
20   Public, State of Florida at Large, pursuant to Notice of
21   Taking Deposition filed in the above cause.
22                    - - - - - -
23
24
25

BRYAN BOIGRIS AUGUST 15, 2017

Page 2

| | |
|---|---|
| 1 | APPEARANCES |
| 2 | OLIVER ALAN RUIZ, ESQ. |
| | JONATHAN WOODARD, ESQ. |
| 3 | Malloy & Malloy, P.L. |
| | 2800 Southwest Third Avenue |
| 4 | Miami, Florida 33129 |
| | Oruiz@malloylaw.com |
| 5 | On behalf of the Opposer. |
| 6 | PATRICK G. DEMPSEY, ESQ. |
| | Hirzel, Dreyfuss & Dempsey, PLLC |
| 7 | 2333 Brickell Avenue |
| | Suite A-1 |
| 8 | Miami, Floida 33129 |
| | Dempsey@hddlawfirm.com |
| 9 | On behalf of the Applicant. |
| 10 | ALSO PRESENT: |
| 11 | CHRISTIAN HERNANDEZ, Videographer. |
| | - - - - - - |

1      THE VIDEOGRAPHER:  Off the record.  The time is
2   1:53 p.m.
3      (An off-the-record discussion was had.)
4      THE VIDEOGRAPHER:  We're back on the record.
5   The time is 1:54 p.m.
6   BY MR. RUIZ:
7      Q   So as it stands now, the determination of which
8   of these products will be brought to market and under
9   which of these marks that you have applied for, will be
10  left for a later date; correct?
11     A   Until this is concluded, correct.
12     Q   Have you opened any bank accounts related to
13  these marks or the goods that are identified in the
14  applications that are the subject of this proceeding?
15     A   No.
16     Q   Apart from the documents that we've marked for
17  identification that were produced on your behalf in this
18  proceeding, again, it's A1 through A138, do you have any
19  other documents that relate to either the marks or the
20  products that are identified in the applications that
21  are the subject of this proceeding?
22     A   Can you ask the question again, I'm sorry?
23     Q   Yeah.
24         Apart from those documents that are in that
25  exhibit that have been produced on your behalf in this