**EXHIBIT 7**

BRYAN BOIGRIS AUGUST 15, 2017

Page 1

Bryan Boigris August 15, 2017
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

OPPOSITION NO. 91231985

EWC P&T, LLC,

        Opposer,

vs.

BRYAN BOIGRIS,

        Defendant.

_____/

2800 Southwest Third Avenue
Miami, Florida
Tuesday, August 15, 2017
10:29 a.m. to 3:14 p.m.

VIDEOTAPED DEPOSITION OF BRYAN BOIGRIS

Taken before Marlene Gutierrez, Notary Public, State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

- - - - - -

BRYAN BOIGRIS AUGUST 15, 2017

Page 2

```
 1   APPEARANCES
 2          OLIVER ALAN RUIZ, ESQ.
            JONATHAN WOODARD, ESQ.
 3          Malloy & Malloy, P.L.
            2800 Southwest Third Avenue
 4          Miami, Florida 33129
            Oruiz@malloylaw.com
 5          On behalf of the Opposer.
 6          PATRICK G. DEMPSEY, ESQ.
            Hirzel, Dreyfuss & Dempsey, PLLC
 7          2333 Brickell Avenue
            Suite A-1
 8          Miami, Floida 33129
            Dempsey@hddlawfirm.com
 9          On behalf of the Applicant.
10          ALSO PRESENT:
11          CHRISTIAN HERNANDEZ, Videographer.
                      - - - - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  of 2016?
2      A   No.
3      Q   Okay.  Did you ever do any test, the consumer
4  studies for cosmetics prior to April 29 of 2016?
5      A   I don't recall.
6      Q   Did you seek out any investors or business
7  partners in the cosmetic industry prior to April 29 of
8  2016?
9      A   Can you restate the question, please?
10     Q   Did you seek any investors or business partners
11 in the cosmetic industry prior to April 29, 2016?
12     A   No.
13     Q   Okay.  Did you have any communications with
14 retailers prior to April 29, 2016 regarding the cosmetic
15 industry?
16     A   No.
17     Q   Had you done anything insofar as packaging in
18 the cosmetic industry prior to April 29, 2016?
19     A   No.
20     Q   Did you have any involvement with any product
21 design in the cosmetic industry or communications with
22 the product designers prior to April 29, 2016?
23         MR. DEMPSEY:  Object to the form.
24 BY MR. RUIZ:
25     Q   Let me restate it because of the objection.