**EXHIBIT 8**

```
                Bryan Boigris August 15, 2017
 1       IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
         BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD
 2
 3
 4                  OPPOSITION NO.  91231985
 5
      EWC P&T, LLC,
 6
                    Opposer,
 7
      vs.
 8
      BRYAN BOIGRIS,
 9
                    Defendant.
10
      _____/
11
12
13                       2800 Southwest Third Avenue
                         Miami, Florida
14                       Tuesday, August 15, 2017
                         10:29 a.m. to 3:14 p.m.
15
16
17          VIDEOTAPED DEPOSITION OF BRYAN BOIGRIS
18
19       Taken before Marlene Gutierrez, Notary
20    Public, State of Florida at Large, pursuant to Notice of
21    Taking Deposition filed in the above cause.
22                       - - - - - -
23
24
25
```

BRYAN BOIGRIS AUGUST 15, 2017

Page 2

```
 1   APPEARANCES
 2        OLIVER ALAN RUIZ, ESQ.
          JONATHAN WOODARD, ESQ.
 3        Malloy & Malloy, P.L.
          2800 Southwest Third Avenue
 4        Miami, Florida 33129
          Oruiz@malloylaw.com
 5        On behalf of the Opposer.
 6        PATRICK G. DEMPSEY, ESQ.
          Hirzel, Dreyfuss & Dempsey, PLLC
 7        2333 Brickell Avenue
          Suite A-1
 8        Miami, Floida 33129
          Dempsey@hddlawfirm.com
 9        On behalf of the Applicant.
10        ALSO PRESENT:
11        CHRISTIAN HERNANDEZ, Videographer.
                    - - - - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

BRYAN BOIGRIS AUGUST 15, 2017

Page 128

```
 1    communications with any person or entity that did
 2    labeling, product labeling?
 3         A    I don't recall.
 4              Bottling?  Bottling or labeling?
 5         Q    Like creating a label for these --
 6         A    I don't recall.
 7         Q    -- for these.  Okay.
 8              Prior to filing these applications on April 29,
 9    2016, which are the applications that are the subject of
10    the proceeding, did you have any communications with
11    distributors for these products?
12         A    No.
13         Q    Prior to filing the applications that are the
14    subject of this proceeding, did you have any
15    communications with retailers?
16         A    No.
17              MR. DEMPSEY:  Object to the form.
18    BY MR. RUIZ:
19         Q    Prior to filing the applications that are the
20    subject of this proceeding, did you have any
21    communications with suppliers with respect to these --
22    these products?
23              MR. DEMPSEY:  Object to form.
24              THE WITNESS:  No.
25              MR. RUIZ:  Okay.  What's the objection to form,
```