# EXHIBIT 9

Page 1

Bryan Boigris August 15, 2017
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD


OPPOSITION NO.  91231985

EWC P&T, LLC,

                    Opposer,

vs.

BRYAN BOIGRIS,

                    Defendant.

_____/


                    2800 Southwest Third Avenue
                    Miami, Florida
                    Tuesday, August 15, 2017
                    10:29 a.m. to 3:14 p.m.



          VIDEOTAPED DEPOSITION OF BRYAN BOIGRIS

     Taken before Marlene Gutierrez, Notary
Public, State of Florida at Large, pursuant to Notice of
Taking Deposition filed in the above cause.
                    - - - - - -

BRYAN BOIGRIS AUGUST 15, 2017

Page 2

1    APPEARANCES
2         OLIVER ALAN RUIZ, ESQ.
          JONATHAN WOODARD, ESQ.
3         Malloy & Malloy, P.L.
          2800 Southwest Third Avenue
4         Miami, Florida 33129
          Oruiz@malloylaw.com
5         On behalf of the Opposer.
6         PATRICK G. DEMPSEY, ESQ.
          Hirzel, Dreyfuss & Dempsey, PLLC
7         2333 Brickell Avenue
          Suite A-1
8         Miami, Floida 33129
          Dempsey@hddlawfirm.com
9         On behalf of the Applicant.
10        ALSO PRESENT:
11        CHRISTIAN HERNANDEZ, Videographer.
                    - - - - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25

BRYAN BOIGRIS AUGUST 15, 2017

Page 167

1      A    I do not have the phones in my possession.

2      Q    And does your iPhone 7 have any information

3   that relates to either the trademarks or the products

4   that are the subject of this proceeding?

5      A    No.

6      Q    According to interrogatory Number 10, which

7   starts on Page 3, but the response goes into 4, the

8   initial response says that you began conceiving of the

9   marks that are the subject of this proceeding in

10  February of 2016.  Is that an accurate statement?

11     A    I don't recall.

12     Q    And it says that by April of 2016, you had

13  formulated plans to proceed with the opposed marks and

14  file applications.  Is that an accurate statement?

15     A    I believe so, to the best of my knowledge.

16     Q    Okay.  In April of 2016, you had decided to

17  proceed to file applications, correct, because you filed

18  the applications?

19     A    Yes.

20     Q    And to be clear, shopblok.com is referenced

21  here.  But shopblok.com wasn't -- didn't come into

22  existence as a domain until after you applied to

23  register these marks; right?  Sometime later in 2016;

24  right?

25     A    Correct.