**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 19-CV-21148-SCOLA

BRYAN BOIGRIS,

  Plaintiff,

v.

EWC P&T, LLC, a Florida
limited liability company,

  Defendant.

_____/

EWC P&T, LLC,

  Counter-Plaintiff,

v.

BRYAN BOIGRIS,

  Counter-Defendant.

_____/

## PLAINTIFF'S *CORRECTED* MOTION TO FILE UNDER SEAL PLAINTIFF'S RESPONSIVE MATERIALS IN OPPOSITION TO EWC'S SEALED MOTIONS AND DOCUMENTS

  Plaintiff, BRYAN BOIGRIS (the "Plaintiff"), by and through undersigned counsel, hereby files this *CORRECTED Motion To File Under Seal Plaintiff's Responsive Materials In Opposition To EWC's Sealed Motions And Documents* (the "Motion") (correcting errors and replacing Plaintiff's recently filed Motion to File Under Seal at [ECF 94]), and in support thereof states as follows:

  1) On December 20, 2019, Defendant/Counter-Plaintiff EWC P&T, LLC ("EWC") filed its *Unopposed Motion To Seal Motion For Summary Judgment And Statement Of Material Facts In Support* [ECF 59].

  2) On December 30, 2019, the Court entered a paperless order granting EWC's Motion to Seal (the "Order"). Specifically, the Order ruled as follows:

> PAPERLESS ORDER: granting the Defendant EWC P&T, LLC's unopposed motion to seal its motion for summary judgment and statement of material facts. [59]. In accordance with the parties' stipulated protective order [46], the Defendant is permitted to file its motion for summary judgment and statement of material facts in support of its motion for summary judgment under seal, which contain sensitive business information. The documents shall be maintained under seal for the duration of this litigation and any subsequent post-judgment proceedings including the appeal, at which time they shall be destroyed.

*See* Order at [ECF 61].

3)   The Order did not rule on Plaintiff's status with respect to filing responsive materials opposing the items filed under seal by ECF, notwithstanding the fact that said responsive materials will necessarily reference, cite, and otherwise contain information that is presently protected under seal as a result of the Court's Order.  *See* Order at [ECF 61].

4)   In an abundance of caution, Plaintiff has submitted the responsive materials to opposing counsel, but has not yet filed said materials on CM/ECF out of a reasonable concern regarding the protection of EWC's confidential information that had been filed under seal pursuant to the Court's Order.

5)   Plaintiff therefore request leave to file said responsive materials under seal.  Such responsive materials include (i) Plaintiff's Response to EWC's Motion for Summary Judgment Filed Under Seal and (ii) Plaintiff's Response to EWC's Statement of Facts Filed Under Seal.  The foregoing responsive materials are in response to, or are otherwise related to, EWC's filings under seal and refenced on the Docket as [ECF 62], [ECF 63], [ECF 64], and [ECF 65].

6)   The undersigned recently contacted counsel for EWC to determine if this relief can be filed as an unopposed motion.  Initially, Plaintiff filed a substantially similar Motion to Seal [ECF 94] that indicated that Plaintiff not received a response from EWC.  However, EWC had emailed Plaintiff right before Plaintiff filed [ECF 94] to indicate that they do agree

that Plaintiffs' responsive materials should be filed under seal, but otherwise reserved all other rights in relation to said items to be filed under seal.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the aforementioned responsive materials, which have been previously sent to opposing counsel via email, under seal subject to the same conditions as stated in this Court's December 30, 2019 Order [ECF 61].

Dated: January 21, 2020.                    Respectfully submitted,

**HIRZEL, DREYFUSS & DEMPSEY, PLLC**
*Counsel for Plaintiff*
2333 Brickell Ave, Suite A-1
Miami, Florida 33129-2497
Telephone: (305) 615-1617
Facsimile: (305) 615-1585

By: /s/ *Patrick G. Dempsey*
    **LEON F. HIRZEL**
    Florida Bar No. 085966
    hirzel@hddlawfirm.com
    **PATRICK G. DEMPSEY**
    Florida Bar No. 27676
    dempsey@hddlawfirm.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served via CM/ECF Notification to all parties registered to receive electronic notice on this 21th day of January, 2020.

By: /s/ *Patrick G. Dempsey*
    **PATRICK DEMPSEY**