United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bryan Boigris, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-21148-Civ-Scola |
| | ) |
| EWC P&T, LLC, Defendant. | ) |

### Order Awarding Statutory Damages

This Court previously granted in part the Defendant EWC P&T, LLC's ("EWC") motion for summary judgment on several counterclaims, including EWC's Anti-Cybersquatting Consumer Protection Act ("ACPA") counterclaim. (ECF No. 119.) The ACPA permits statutory damages for cybersquatting in lieu of actual damages. *See* 15. U.S.C. §§ 1117(d), 1125(d)(1). EWC requested the imposition of statutory damages in its counterclaim. (ECF No. 11.) Statutory damages range from "not less than $1,000 and not more than $100,000 per domain name, as the court considers just." 15 U.S.C. § 1117(d). "While damage awards provide restitution and reparation for injury, they also serve to deter wrongful conduct." *Transamerica Corporation v. Moniker Online Services, LLC*, 2010 WL 1416979, at *4 (S.D. Fla. 2010) (Altonaga, J.).

EWC's counterclaim pleads that Boigris violated the ACPA because he registered two domain names—Europawaxcenter.com and EUwaxcenter.com—that are nearly identical to EWC's trademark "European Wax Center." (ECF No. 11 at ¶ 57.) And, at summary judgment EWC presented evidence that Boigris had registered not just two, but eleven, domain names that are confusingly similar to European Wax Center. (ECF No. 119 at 12.) Given the evidence that Boigris engaged in a campaign of buying up a number of confusingly similar domain names that he never used in connection with the bona fide offering of any goods or services, the Court finds that $25,000 for the each of the two domain names set forth in the counterclaim, for a total of $50,000, is a just award of statutory damages. *See K.S.R. X-Ray Supplies, Inc. v. Southeastern X-Ray, Inc.*, 2010 WL 4317026, at *7 (S.D. Fla. Oct. 25, 2010) (Marra, J.) (awarding $10,000 in statutory damages because the Defendants engaged in cybersquatting on a single domain name); *Transamerica Corp. v. Moniker Online Svcs., LLC*, 2010 WL 1416979, at *4 (S.D. Fla. Apr. 7, 2010) (Altonaga, J.) (awarding $100,000 for the use of one domain name where there was evidence of criminal intent, fraud, and concealment).

**Done and ordered** at Miami, Florida on March 12, 2020.

                                           _____
                                           Robert N. Scola, Jr.
                                           United States District Judge