United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bryan Boigris, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-21148-Civ-Scola |
| | ) |
| EWC P&T, LLC, Defendant. | ) |

**Order Referring Motion to Magistrate Judge**

The Court **refers** the Defendant's motion to tax costs (**ECF No. 125**) to United States Magistrate Judge Edwin G. Torres for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

**Done and ordered** at Miami, Florida, on March 18, 2020

_____
Robert N. Scola, Jr.
United States District Judge