United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bryan Boigris, Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 19-21148-Civ-Scola |
| | ) |
| EWC P&T, LLC, Defendant. | ) |

### Order Referring Motion to Magistrate Judge

The Court **refers** the Defendant's renewed motion for Rule 11 Sanctions (**ECF No. 129**) to United States Magistrate Judge Edwin G. Torres for either an order or a report and recommendations, consistent with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of the Local Magistrate Judge Rules.

If Judge Torres's determination results in dispositive sanctions, a report and recommendations would be appropriate; if the determination results in non-dispositive sanctions, an order can be entered. *See Commercial Long Trading Corp. v. Scottsdale Ins. Co.*, No. 12-22787-CIV, 2013 WL 1100063, n.1 (S.D. Fla. Mar. 15, 2013) (Goodman, J.) ("In determining between dispositive and non-dispositive sanctions, the critical factor is what sanction the magistrate judge *actually* imposes, rather than the one *requested* by the party seeking sanctions.") (emphasis in original) (citing *Gomez v. Martin Marietta Corp.*, 50 F.3d 1511, 1519-20 (10th Cir. 1995).

**Done and ordered** at Miami, Florida, on April 15, 2020.

_____
Robert N. Scola, Jr.
United States District Judge