UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-CV-21148-SCOLA

BRYAN BOIGRIS,

    Plaintiff,

v.

EWC P&T, LLC,

    Defendant.
_____/

EWC P&T, LLC,

    Counter-Plaintiff,

v.

BRYAN BOIGRIS,

    Counter-Defendant.
_____/

**FINAL JUDGMENT**

THIS CAUSE came on to be heard on Defendant/Counter-Plaintiff, EWC P&T, LLC's Motion For Entry of Final Judgment [ECF No. \_\_\_], and for the reasons set forth in the Court's omnibus summary judgment order dated February 18, 2020 [ECF No. 118], the Court's March 13, 2020 order awarding statutory damages [ECF No. 123], and the Court's Order awarding fees pursuant to a Sanctions Order [ECF No. 124], it is hereby **ORDERED** and **ADJUDGED** that:

    1.    Final judgment is entered in favor of EWC P&T, LLC ("EWC") and against Bryan Boigris ("Boigris") on Counts I and II of Boigris' Complaint [ECF No. 1], and Plaintiff Boigris shall take nothing by his action.

    2.    Final judgment is entered in favor of EWC and against Boigris on Counts I and II of EWC's Counterclaim [ECF No. 11], as follows:

        a.  The summary judgment orders entered by the TTAB [ECF Nos. 60-34

1

and 60-37] are affirmed in all respects, and to the extent necessary or applicable, the United States Patent and Trademark Office ("USPTO") is directed to refuse registration with respect to Boigris' intent-to-use trademark applications for REVEAL ME (U.S. Serial No. 87019346), RENEW ME (U.S. Serial No. 87019353) and SMOOTH ME (U.S. Serial No. 87019259);

    b. The Court hereby declares and adjudges that EWC has priority in the REVEAL ME, SMOOTH ME, and RENEW ME trademarks (the "EWC Marks"), and that any use in commerce by Boigris relative to the EWC Marks will constitute trademark infringement and unfair competition in violation of federal or state law (or both).

3. Final judgment is entered in favor of EWC and against Boigris on Count III of EWC's Counterclaim [ECF No. 11]. Based on the Court's award of statutory damages to EWC [ECF No. 123], and the Court's award of fees to EWC pursuant to the Sanctions Order [ECF Nos. 53, 120, and 124), judgment is hereby entered in favor of EWC P&T, LLC, whose address is Granite Park V, 5830 Granite Parkway, Suite 300, Plano, TX 75024, and against Bryan Boigris, whose last known address is 15705 SW 146th Terrace, Miami, Florida 33196, in the amount of **$57,367.50**, which shall bear interest at the legal rate provided by 28 U.S.C. §1961, **FOR WHICH SUM LET EXECUTION ISSUE FORTHWITH**.

5. The Court reserves jurisdiction and the right to amend this Final Judgment contingent upon the outcome and disposition of EWC's motion to tax costs [ECF No. 125], and EWC's renewed motion for sanctions and attorneys' fees [ECF No.129].

    **DONE** and **ORDERED** in Chambers at Miami, Florida on this \_\_\_ day of April, 2020.

                                          _____
                                          ROBERT N. SCOLA, JR.
                                          UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record