United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bryan Boigris, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-21148-Civ-Scola |
| | ) |
| EWC P&T, LLC, Defendant. | ) |

### Judgment

The Court has granted summary judgment. (Order, ECF No. 119.) The Court now enters judgment as follows:

- The Court enters judgment in favor of the Defendant EWC P&T, LLC ("EWC") and against the Plaintiff Bryan Boigris, as required by Federal Rule of Civil Procedure 58.
- The Court further enters judgment in favor of the Defendant EWC and against the Plaintiff Boigris on counts one, two, and three of EWC's Counterclaim.
- With regards to count two for declaratory judgment of the Counterclaim, the Court hereby declares that EWC has priority in the REVEAL ME, SMOOTH ME, and RENEW ME trademarks and that Boigris's use of the marks REVEAL ME, SMOOTH ME, and RENEW ME in commerce constitutes trademark infringement under 15 U.S.C. § 1125(a).
- Based on the Court's award of statutory damages to EWC for count three of the Counterclaim (ECF No. 123) and the Court's award of fees to EWC pursuant to the Sanctions Order, judgment is hereby entered in favor of EWC and against Boigris in the amount of $57,367.50, which shall bear interest at the legal rate provided by 28 U.S.C. § 1961, for which sum let execution issue.

Finally, the Court **grants** the Defendant EWC's motion for final judgment (**ECF No. 131**). The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on April 20, 2020.

Robert N. Scola, Jr.
United States District Judge