UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-CV-21148-SCOLA

BRYAN BOIGRIS,

     Plaintiff,

v.

EWC P&T, LLC, a Florida
limited liability company,

     Defendant.
_____/

EWC P&T, LLC,

     Counter-Plaintiff,

v.

BRYAN BOIGRIS,

     Counter-Defendant.
_____/

**PLAINTIFF'S NOTICE OF APPEAL**

     Notice is hereby given that Plaintiff BRYAN BOIGRIS in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment (ECF No. 132) entered in this action on the 20th day of April, 2012

Dated: May 20, 2020.        Respectfully submitted,

     **HIRZEL, DREYFUSS & DEMPSEY, PLLC**
     *Counsel for Plaintiff*
     2333 Brickell Ave, Suite A-1
     Miami, Florida 33129-2497
     Telephone: (305) 615-1617
     Facsimile: (305) 615-1585

     By: /s/ *Patrick G. Dempsey*
         **LEON F. HIRZEL**
         Florida Bar No. 085966
         hirzel@hddlawfirm.com
         **PATRICK G. DEMPSEY**
         Florida Bar No. 27676
         dempsey@hddlawfirm.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served via CM/ECF Notification to all parties registered to receive electronic notice on this 20th day of May, 2020.

By: /s/ *Patrick G. Dempsey*
**PATRICK DEMPSEY**